UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10217-MBD

CAREFIRST OF MARYLAND, INC.

Plaintiff

v.

FIRST CARE, P.C., ET AL.

Defendants

ORDER

August 6, 2004

COHEN, M.J.

Take notice that a hearing on the Motion to Compel Production of Documents Responsive to Third-Party Subpoena (# 01) is hereby scheduled for Wednesday, September 1, 2004, at 2:00 p.m.

_____
UNITED STATES MAGISTRATE JUDGE