UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC. d/b/a CAREFIRST BLUE CROSS BLUE SHIELD, a Maryland Corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>FIRST CARE, P.C., et al. )<br><br>Defendants. ) | MBD No. 04-10217<br>(Pending in E.D. Va.<br>Norfolk) Civ. Action<br>No. 2:04CV191 |

## CAREFIRST OF MARYLAND, INC.'S MOTION
## TO ADMIT CHRISTOPHER M. COLLINS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Steven M. Cowley, local counsel for Carefirst of Maryland, Inc. d/b/a Carefirst Blue Cross Blue Shield ("Carefirst") hereby requests that the Court grant attorney Christopher M. Collins, Esq. of counsel to Stevens Davis Miller Mosher, LLP, 1615 L Street NW Suite 850, Washington, D.C. 20036., leave to practice in this Court for the purposes of this case. In support of this Motion, Steven Cowley states:

1.    I am a member of good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the First Circuit Court of Appeals. I have filed my appearance in this action as attorney for Carefirst of Maryland, Inc. d/b/a Carefirst BlueCross BlueShield pursuant to Local Rule 83.5.2(a) by Motion to Intervene and the instant Motion.

2.    The Affidavit of Christopher M. Collins attesting that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice;

(2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts is attached hereto and incorporated herein.

WHEREFORE, Steven M. Cowley requests that this Court allow attorney Christopher M. Collins leave to appear in this action *pro hac vice* as counsel for Carefirst.

CAREFIRST OF MARYLAND, INC. d/b/a
CAREFIRST BLUECROSS BLUESHIELD,


By:_____/s/ Steven M. Cowley_____
Steven M. Cowley, BBO #554534
Windy L. Rosebush, BBO #636962
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444


Date: August 17, 2004



## CERTIFICATE OF SERVICE

I, Steven M. Cowley, hereby certify that a true copy of the above document was served upon the attorney of record for each party by filing electronically or by first class mail, postage pre-paid if counsel is not registered to receive electronic service on August 17, 2004.

_____/s/ Steven M. Cowley_____
Steven M. Cowley

BOS_456766_2/WROSEBUSH