UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC. d/b/a CAREFIRST ) <br> BLUE CROSS BLUE SHIELD, a Maryland Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FIRST CARE, P.C., et al. ) <br> ) <br> Defendants. ) | MBD No. 04-10217 <br> (Pending in E.D. Va. <br> Norfolk) Civ. Action <br> No. 2:04CV191 |

**AFFIDAVIT OF CHRISTOPHER M. COLLINS IN SUPPORT OF ADMISSION *PRO HAC VICE***

Christopher M. Collins, Esq. does hereby depose and state the following under oath:

1. I submit this affidavit in support of my application pursuant to Local Rule 83.5.3 for admission *pro hac vice* to practice on behalf of the plaintiff, Carefirst of Maryland, Inc. d/b/a Carefirst Blue Cross Blue Shield ("Carefirst"), in this matter.

2. I am an attorney and of counsel to the law firm of Stevens Davis Miller Mosher, LLP, 1615 L Street NW Suite 850, Washington, D.C. 20036.

3. I am, and have been, a member in good standing of the bar of the Commonwealth of Virginia since 1988. I am also admitted to practice before the United States District Court for the Eastern District of Virginia and the Fourth Circuit Court of Appeals.

4. I have never been suspended or disbarred in any jurisdiction.

5. I have never been denied admission to or disciplined by this Court or any other court, and no disciplinary proceedings are presently pending against me in any court.

6. Stevens Davis Miller Mosher, LLP and its predecessors have served as trademark counsel to Carefirst with respect to the Carefirst trademark since the original applications were filed for the mark in the mid-1980s. Stevens Davis Miller Mosher, LLP has represented Carefirst in numerous other trademark infringement actions and is familiar with the client and the enforcement of the trademark at issue in this case. I am currently counsel for Carefirst in connection with this action, which is currently pending before the District Court for the Eastern District of Virginia.

7. My admission to represent Carefirst in this action will serve the interests of justice and efficiency in resolving the disputes pending before the Eastern District of Virginia and this Court.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and have retained Steven M. Cowley of Edwards & Angell of Boston as local counsel to assist in compliance with the Local Rules. Mr. Cowley has submitted my application for leave to practice *pro hac vice* by Motion and has filed an appearance on behalf of Carefirst by signing the Motion for Leave to Intervene and the Motion to Admit Christopher M. Collins *Pro Hac Vice*.

_____
Christopher M. Collins

Date: August 16, 2004

### CERTIFICATE OF SERVICE

I, Steven M. Cowley, hereby certify that a true copy of the above document was served upon the attorney of record for each party by filing electronically or by first class mail, postage pre-paid if counsel is not registered to receive electronic service on August ___, 2004.

_____
Steven M. Cowley