Prior U.S. Cl.: 200

Reg. No. 1,543,100

**United States Patent and Trademark Office**   Registered June 6, 1989

## COLLECTIVE MEMBERSHIP
### PRINCIPAL REGISTER

## CAREFIRST

HEALTHCARE CORPORATION OF THE MID-ATLANTIC (DELAWARE CORPORATION)
7939 HONEYGO BOULEVARD
BALTIMORE, MD 21236

FOR: INDICATING MEMBERSHIP IN AN ORGANIZATION OF PERSONS AND MEDICAL PROVIDERS INTERESTED IN HEALTH MAINTENANCE, PREVENTIVE MEDICINE, PREPAID MEDICAL PLANS, REDUCED HEALTH COSTS, AND PROGRAMS ON FITNESS, PRENATAL CARE, SUBSTANCE ABUSE, AND OTHER HEALTH-RELATED TOPICS, IN CLASS 200 (U.S. CL. 200).

FIRST USE 11-0-1977; IN COMMERCE 3-0-1978.

SER. NO. 672,837, FILED 9-3-1987.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cls.: 16, 36, 41 and 42

Prior U.S. Cls.: 38, 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 1,546,326
Registered July 4, 1989

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

### CAREFIRST

HEALTHCARE CORPORATION OF THE MID-ATLANTIC (DELAWARE CORPORATION)
7939 HONEYGO BOULEVARD
BALTIMORE, MD 21236

FOR: NEWSLETTERS PERTAINING TO HEALTH CARE, MEDICAL CARE AND MEMBERSHIP SERVICES, IN CLASS 16 (U.S. CL. 38).
   FIRST USE 1-0-1978; IN COMMERCE 1-0-1978.
   FOR: UNDERWRITING AND ADMINISTRATION SERVICES, ON A PREPAYMENT BASIS, RELATING TO EMERGENCY MEDICAL CARE; PREPAID FINANCING AND ADMINISTRATION OF MEDICAL CARE, PHARMACEUTICAL CARE AND RELATED HEALTH CARE SERVICES, IN CLASS 36 (U.S. CL. 102).
   FIRST USE 2-0-1978; IN COMMERCE 2-0-1978.
   FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS, CLASSES, WORKSHOPS AND LECTURES ON NUTRITION, INFANT CARE, PRENATAL CARE, FITNESS, WEIGHT REDUCTION, STRESS MANAGEMENT AND SUBSTANCE ABUSE, IN CLASS 41 (U.S. CL. 107).
   FIRST USE 2-0-1978; IN COMMERCE 2-0-1978.
   FOR: HEALTH CARE SERVICES IN THE NATURE OF A HEALTH MAINTENANCE ORGANIZATION; CONSULTING SERVICES IN CONNECTION THEREWITH; SELECTING HEALTH CARE PROVIDERS FOR OFFERING HEALTH CARE SERVICES AT REDUCED COSTS TO PARTICIPATING MEMBERS SO AS TO CONTAIN HEALTH CARE COSTS; REHABILITATION SERVICES FOR DISABLED PERSONS; ORGANIZATIONAL SERVICES, NAMELY, PROMOTING THE INTERESTS OF PERSONS CONCERNED WITH PERSONAL HEALTH MAINTENANCE AND SAFETY, IN CLASS 42 (U.S. CLS. 100 AND 101).
   FIRST USE 5-0-1977; IN COMMERCE 5-0-1977.

SER. NO. 539,526, FILED 5-24-1985.

G. MAYERSCHOFF, EXAMINING ATTORNEY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAREFIRST OF MARYLAND, INC. d/b/a CAREFIRST )
BLUECROSS BLUESHIELD, a Maryland Corporation, )
)
    Plaintiff, )
)
v. )  MBD No. 04-10217
)  (Pending in E.D. Va.
)  (Norfolk) Civ. Action
FIRST CARE, P.C., et al. )  No. 2:04CV191
)
    Defendants. )

## DECLARATION OF BARTH X. DEROSA

I, Barth X. deRosa, do declare as follows:

1. I, Barth X. deRosa, am of majority age and currently reside in the state of Maryland.

2. I am currently a partner in the law firm of STEVENS DAVIS MILLER & MOSHER, LLP.

3. I have served as trademark counsel for owners of the CAREFIRST mark and name including, Carefirst of Maryland, Inc. d/b/a Carefirst BlueCross BlueShield, and its various predecessors (collectively referred to as "Carefirst"), since 1983 and therefore have personal knowledge of Carefirst's actions to enforce its trademark rights.

4. All of the searches identified by Thomson & Thomson in response to First Care's subpoena dated July 20, 2004, except for the (1) Thomson & Thomson "Brand Expansion Search" No. 74946911-52 for the mark FIRSTCARE, performed pursuant to a request received on November 3, 2000 and (2) Thomson & Thomson "State & Common

Law Search" number 19021611-52 for the mark FIRSTCARE, performed pursuant to a request received on January 10, 1996, were requested by me on the dates identified in Thomson & Thomson's objection letter of August 2, 2004 in an effort to further Carefirst's legal enforcement efforts and strategies and anticipate litigation in the form of infringement law suits against infringers of the CAREFIRST mark and name.

5. The Thomson & Thomson "Brand Expansion Search" No. 74946911-52 for the mark FIRSTCARE, performed pursuant to a request received on November 3, 2000 was requested by me to provide a legal opinion to Carefirst regarding the availability of the FIRSTCARE mark for use and/or registration. This search report has been produced.

6. The Thomson & Thomson "State & Common Law Search" No. 19021611-52 for the mark FIRSTCARE, performed pursuant to a request received on January 10, 1996 was requested by me to provide a legal opinion to Carefirst regarding the availability of the FIRSTCARE mark for use and/or registration. This search report has been produced.

I declare under the penalty of perjury pursuant to the laws of the United States of America that the following information is true and correct. Executed on August 15, 2004.

_____
Barth X. deRosa