UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAREFIRST OF MARYLAND, INC. d/b/a CAREFIRST BLUE CROSS BLUE SHIELD, a Maryland Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST CARE, P.C., et al.<br><br>    Defendants. | MBD No. 04-10217<br>(Pending in E.D. Va. Norfolk) Civ. Action No. 2:04CV191 |

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that on August 17, 2004 and on August 19, 2004 I, Windy L. Rosebush, on behalf of Carefirst of Maryland, Inc. conferred with Jason Kravitz of Nixon Peabody in a good faith attempt to resolve or narrow the issues presented by Carefirst of Maryland, Inc.'s Motion to Intervene and Motion to Admit Christopher M. Collins *Pro Hac Vice* filed on August 17, 2004. Attorney Kravitz has indicated that he does not intend to oppose either Motion, but reserves the right to make a submission in connection with the Motion to Admit Christopher M. Collins *Pro Hac Vice*.

                                    By: /s/ Windy L. Rosebush
                                    Steven M. Cowley, BBO #554534
                                    Windy L. Rosebush, BBO #636962
                                    EDWARDS & ANGELL, LLP
                                    101 Federal Street
                                    Boston, MA 02110
                                    (617) 439-4444

Date: August 19, 2004

- 2 -

## CERTIFICATE OF SERVICE

    I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon the attorney of record for each party by filing electronically or by first class mail, postage pre-paid if counsel is not registered to receive electronic service on August 19, 2004.

                            /s/ Windy L. Rosebush
                            Windy L. Rosebush

BOS_457260_1/WROSEBUSH