UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC. <br> d/b/a CAREFIRST BLUE CROSS BLUE SHIELD, <br> a Maryland Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FIRST CARE, P.C., et al <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) MBD No.:  04-10217 <br> ) <br> ) C.A. No. 2:04CV191 <br> ) <br> ) (Pending in E.D. Va. ) <br> ) (Norfolk) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record in the above-captioned action, that the above-captioned action be dismissed <u>without prejudice</u>, with each party to bear its own costs and attorneys' fees.

It is further agreed that the documents at issue in the Third-Party Subpoena which were the subject of the Motion to Compel in this miscellaneous action are the subject of a pending Motion to Compel which shall be heard by the United States District Court for the Eastern District of Virginia (Norfolk Division).

Respectfully submitted,

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By its attorneys, | By their attorneys, |
| __/s/ Windy L. Rosebush_____ <br> Steven M. Cowley, BBO #554434 <br> Windy L. Rosebush, BBO #636962 | __/s/ Kristin D. Kuperstein_____ <br> Jason C. Kravitz, BBO No. 565904 <br> Kristin Dulong Kuperstein, BBO No. 641710 |

BOS1411821.1

- 2 -

| | |
|---|---|
| EDWARDS & ANGELL, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 439-4444 | NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Tel:  617-345-1000<br>Fax:  617-345-1300 |